UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 11-00745 JVS (ANx) | Date | August 31, 2011 |
| Title | Gary L. Redfern, et al. V. Mortgage Electronic Registered Systems Inc. (MERS) , et al. | | |

| Present: The Honorable | James V. Selna | |
|---|---|---|
| Karla Tunis | | None Present |
| Deputy Clerk | | Court Reporter |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**Proceedings:**   (In Chambers)  Order to Show Cause re Dismissal for Lack of Prosecution

On July 29, 2011, the Court granted defendants MERS and Central Mortgage Co.'s motion to dismiss without prejudice.  Plaintiff was granted 20 days to amend the complaint.   As of today, an amended complaint has not been filed.

The Court hereby ORDERS plaintiff to show cause, in writing, not later than September 20, 2011,  why this action should not be dismissed as to these defendants for lack of prosecution.

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |