JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary L. Redfern, et al., | SACV 11-00745-JVS(ANx) |
| Plaintiff, | ORDER OF DISMISSAL FOR |
| v. | LACK OF PROSECUTION |
| Mortgage Electronic Registered Systems, Inc. (MERS), et al., | |
| Defendants. | |

The Court having issued an Orders to Show Cause on _____August 31, 2011_____ as to why this action should not be dismissed for lack of prosecution, with a written response due on September 20, 2011 and no response having been made,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: September 23, 2011

_____
James V. Selna
United States District Judge